PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | Docket Number: 2:03CR00072-01 |
| ) | |
| **Christopher MILLER** ) | |
| ) | |

On September 29, 2003, the above-named was placed on Supervised Release for a period of three years. Christopher Miller has complied with the rules and regulations of supervision. It is accordingly recommended that Christopher Miller be discharged from supervision.

Respectfully submitted,

/s/   Richard A. Ortiz

**RICHARD A. ORTIZ
Senior United States Probation Officer**

Dated:   July 26, 2005
         Elk Grove, California
         RAO: kms

**REVIEWED BY:**   /s/   Deborah A. Spencer
         **DEBORAH A. SPENCER
         Supervising United States Probation Officer**

**Re:   Christopher MILLER**
**Docket Number:  2:03CR00072-01**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the Supervised Releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| 8/25/2005 | /s/ David F. Levi |
|---|---|
| **Date** | **David F. Levi** |
| | **Chief United States Distric Judge** |

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office